UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL L. FOGLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV595 CDP |
| ) | |
| ALAN BLAKE, et al., ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

This case is before the Court on two motions. Plaintiff Michael Fogle requests to amend his complaint and defendants seek an extension of time to respond to Fogle's motion for summary judgment. Both motions will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's request to amend or correct his complaint [#24] is GRANTED.

**IT IS FURTHER ORDERED** that defendants' motion for extension of time to respond to plaintiff's motion for summary judgment [#26] is GRANTED. Defendants' response to plaintiff's summary judgment and their cross-motion for summary judgment shall be filed no later than **June 11, 2007**. Plaintiff's response to defendants' summary judgment motion and his reply brief in support of his

own summary judgment shall be filed no later than **July 11, 2007**. Finally defendants' reply brief in support of summary judgment shall be filed no later than **July 21, 2007**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of May, 2007.